IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL MOSS and KATHY MOSS                                    PLAINTIFFS

vs.                                            NO. 3:05CV00136 GTE

ALLSTATE INSURANCE COMPANY                                     DEFENDANT

## ORDER STAYING PROCEEDINGS

Pending before the Court is the Motion to Stay Proceedings Pending Final Decision by the Judicial Panel for Multidistrict Litigation on Transfer of this Action, filed by the Defendant. For good cause shown this Motion should be granted.

IT IS THEREFORE ORDERED that the Motion to Stay Proceedings be and it is hereby, GRANTED, and this action is stayed until the final decision by the MDL on transfer of this action to MDL 1457 as a tag-along action is made.

Dated this 13th day of October, 2005.


_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE