3:05CV136
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 1 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED FOR ENTRY
_____ M
OCT 27 2005
CLERK
_____
DEPUTY CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 21 2005
FILED
CLERK'S OFFICE

3:02-md-1457

## DOCKET NO. 1457

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ALLSTATE INSURANCE CO. UNDERWRITING AND RATING PRACTICES LITIGATION

*Michael Moss, et al. v. Allstate Insurance Co.*, E.D. Arkansas, C.A. No. 3:05-136

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Moss*) on September 19, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Moss* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on September 19, 2005, is LIFTED, and thus this action is transferred to the Middle District of Tennessee for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Aleta A. Trauger.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk